IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Norfolk City Jail
ATTN: Warden
200 East City Hall Ave.
Norfolk, VA 23510
(757) 664-7899

CRIMINAL NO.: 2:25cr128

WE COMMAND YOU to surrender the body of COREY SMITH, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the <u>5th day of December 2025 at 10:00 am</u>, to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

WITNESS, the Honorable Robert J. Krask, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 26th day of November 2025.

FERNANDO GALINDO, CLERK

By: /s/

B. Cornwell, Deputy Clerk